<table>
<tr><td>JOHN L. RUSSO<br>ATTORNEY AT LAW<br><br>COUNSEL<br>Milton Florez, Esq.<br>Michael Horn, Esq.</td><td align="center">**J.L. Russo, P.C.**<br>31 - 19 Newtown Avenue, Suite 500<br>Astoria, New York 11102<br>Tel:  718 · 777 · 1277<br>Fax:  718 · 204 · 2310<br>Email:  JLRussoPC@Gmail.com</td><td>PARALEGAL<br>Maria Nunez, B.S.</td></tr>
</table>

November 21, 2022

**Via ECF**
Hon. Paul A. Engelmayer
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007 40 Foley Square
New York, NY 10007

      *Re: United States v. Juan Carlos Castro Gonzalez*
         Case No.: 22 Cr. 210 (PAE)

Dear Judge Engelmayer:

    This office represents Juan Carlos Castro Gonzalez, the defendant in the above referenced matter, which is scheduled for sentencing on Friday December 2, 2022.  **I write to respectfully request an adjournment of sentencing as I will be engaged in a two defendant Felony Murder case before Justice Mandelbaum in the Manhattan Supreme Court from November 28th through the week of December 19th.**  I have received a letter from Justice Mandelbaum directing that I not become engaged in any matter which will prevent my participation or appearance in the matter of *People v. Francisco and Rivas-Grullon,*.  There have been no prior requests for adjournment of sentencing made in this case.  **We request a date in early January, at the Court's convenience, for sentencing in this matter.**

    AUSA Olga I. Zverovich  has been advised and consents to this request. The Court's consideration is respectfully appreciated.   Thank you.

                                                   Yours truly,

                                                   *John Russo*
                                                   John L. Russo

JLR:mn
Cc: AUSA Olga I. Zverovich,
     AUSA Kudla, Danielle

**GRANTED.** Sentencing is adjourned to January 3, 2023 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 22.

11/21/2022

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge