UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUAN CASTRO GONZALEZ,

                Defendant.

22-CR-210 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 3, 2023, the defendant was sentenced principally to a term of imprisonment of 40 months. Dkt. 29.

On November 3, 2023, the defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 33. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction. Dkt. 36

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 33, the Government, Dkt. 34, and the Probation Department, Dkt. 36.

The Court finds that the defendant is ineligible for a reduction of sentence because, as explained by the Probation Department, the defendant's original sentence is below the Guideline range that would result from application of Amendment 821. The Court therefore denies the defendant's motion.

The Clerk of Court is requested to terminate the motion at Dkt. 33 and to mail a copy of this order to defendant Gonzalez at the below address:

Juan Carlos Castro Gonzalez
Reg. No. 76717-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
       New York, New York