UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-CR-210 (PAE) |
| -v- | ORDER |
| JUAN CARLOS CASTRO GONZALEZ, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court today received a *pro se* submission from defendant Juan Carlos Castro Gonzalez, seeking clarification of the Court's determination that he is ineligible for a reduction of sentence under Sentencing Guidelines Amendment 821.  Dkt. 39.

The Court hereby instructs the United States Probation Department to furnish a copy of the supplemental presentence report, which explains the determination of ineligibility, to Castro Gonzalez's case manager at FCI Fort Dix, whom the Court expects will review that report with Castro Gonzalez.

The Clerk of Court is respectfully directed to mail a copy of this order to the defendant at the address below:

    Juan Carlos Castro Gonzalez
    BOP # 76717-059
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 29, 2024
       New York, New York